**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MAY WALKER,
an individual,

    Plaintiff,                            Case No.: 8:16-cv-00862-JDW-AAS

v.

NIIWIN, LLC,
d/b/a LENDGREEN,
a foreign limited liability company,

    Defendant.
_____/

**NOTICE OF SETTLEMENT AND**
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**COMES NOW**, Plaintiff, MAY WALKER ("Plaintiff"), by and through the undersigned counsel pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) and Middle District of Florida, Local Rule 3.08, and hereby files this *Notice of Settlement and Stipulation for Dismissal with Prejudice*. Pursuant to Plaintiff's settlement with NIIWIN, LLC, d/b/a LENDGREEN ("Defendant"), Plaintiff states as follows:

1. Plaintiff and Defendant reached a confidential settlement in the above-styled case.

2. Plaintiff hereby dismisses her claims with prejudice.

3. The parties shall bear their own attorneys' fees and costs.

4. To the extent the Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with Defendant's counsel, and Defendant agrees to the relief sought herein.

Submitted this 22nd day of November 2016.

                                                    Respectfully submitted,

                                                    **LEAVENLAW**

/s/ *Sara J. Weiss*
**Ian R. Leavengood, Esq., FBN 010167**
**Aaron M. Swift, Esq., FBN 093088**
**Gregory H. Lercher, Esq., FBN 106991**
**Sara J. Weiss, Esq., FBN 115637**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
aswift@leavenlaw.com
glercher@leavenlaw.com
sweiss@leavenlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 22, 2016, I filed a true and correct copy of the above and foregoing *Notice of Settlement and Stipulation for Dismissal with Prejudice* via CM/ECF which will electronically serve the following counsel of record:

Karrie Sue Wichtman, Esq.
Rosette, LLP
25344 Red Arrow Highway
Mattawan, MI 49071
kwichtman@rosettelaw.com

-and-

Blake M. Trueblood, Esq., FBN 17912
Trueblood Law Group
333 Las Olas Way CU#1
Fort Lauderdale, FL 33301
btrueblood@truebloodlawgroup.com
*Attorneys for Defendant*

/s/ *Sara J. Weiss*
Attorney