UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAY WALKER, an individual,

    Plaintiff,

vs.                                      Case No. 8:16-cv-862-T-27AAS

NIIWIN, LLC, d/b/a LENDGREEN,
a foreign limited liability company,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Notice of Settlement and Stipulation for Dismissal with Prejudice (Dkt. 29). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party to bear its own attorneys' fees and costs. The file shall remain closed.

**DONE AND ORDERED** this 28th day of November, 2016.

                                                    JAMES D. WHITTEMORE
                                                    United States District Judge

Copies to:
Counsel of Record